1 | MELINDA HAAG (CABN 132612)
United States Attorney
2
3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division
4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney
5
6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
7 | Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov
8
Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| RAFAEL CHIPRES CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant RAFAEL CHIPRES CAMPOS, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 28, 2012, be continued to July 19, 2012.

The final presentence report was only recently disclosed and the parties need additional time to prepare their sentencing positions.

Accordingly, the parties are requesting that his sentencing hearing be reset to July 19, 2012.

STIPULATION AND [ ORDER
Case No. 10-CR-00826-DLJ

1  No other defendants are affected by this request.

2  SO STIPULATED:

4  Dated: June 25, 2012                    /S/
                                        Thomas A. Colthurst
5                                       Assistant United States Attorney

7  Dated: June 25, 2012                    /S/
                                        Lupe Martinez, Esq.
8                                       Attorney for Defendant

10  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

11  hearing for *United States v. Rafael Chipres Campos*, scheduled for June 28, 2012, is continued to

12  July 19, 2012, at 10:00 a.m.

15  DATED: _____              _____
                                    THE HONORABLE D. LOWELL JENSEN
16                                  United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ                -2-